## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECOBEE, INC., | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) </br> ) </br> ) |
| CJC DISTRIBUTORS, SHOPPERS FARM, EXOCIRCUIT, and AMAZING DEALS ✓, | ) </br> ) </br> ) |
| Defendants. | ) </br> ) </br> ) |

Case No.: 1:20-cv-10161-PBS

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS
### [with memorandum of law incorporated]

Plaintiff ecobee, Inc. ("Plaintiff" or "ecobee") respectfully requests that the Court allow alternative service of process on defendants CJC Distributors, shoppers farm, Exocircuit, and Amazing Deals ✓ (together, "Defendants") through electronic means. Due to Defendants' ability to mask their identities through the anonymity afforded by the Internet, ecobee has been unable to locate a physical address for Defendants to effectuate traditional service.

The only identifying characteristics of Defendants known to Ecobee are their online seller names - CJC Distributors, shoppers farm, Exocircuit, and Amazing Deals ✓ - that Defendants use to resell ecobee products through online commerce sites, such as Amazon.com. As a result, ecobee seeks to serve Defendants with process by delivering a copy of the complaint and summons via Amazon.com's electronic mail service, the primary means by which Defendants communicate with customers. As shown herein, this method of service has been allowed by

1

1/31/20